MAE WOLFER, as Administratrix, etc., of BELMONT WOLFER, Deceased, Respondent, v. CLARENCE E. PETERSON, Appellant.— Order reversed, with ten dollars

costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.